Bruce **LEIBENSPERGER,** Respondent

v.

**CARPENTER TECHNOLOGIES, INC.** t/a Carpenter Technology Corp., Petitioner

No. 756 MAL 2016

Supreme Court of Pennsylvania.

March 15, 2017

## ORDER

PER CURIAM

**AND NOW,** this 15th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,** Respondent

v.

Tyriek Leon **THORNTON,** Petitioner

No. 773 MAL 2016

Supreme Court of Pennsylvania.

March 15, 2017

## ORDER

PER CURIAM

**AND NOW,** this 15th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**